Mustafa ALAMIN, Appellant,

v.

Likita ALAMIN, Respondent.

No. WD 60503.

Missouri Court of Appeals,
Western District.

Jan. 28, 2003.

Richard L. Colbert, Kansas City, MO, for appellant.

Londa S. Shabazz, Kansas City, MO, for respondent.

Before BRECKENRIDGE, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

Appellant, Mustafa Alamin, appeals from the trial court's decree of dissolution of his marriage to Respondent, Likita Alamin. He alleges that the trial court erred in awarding· maintenance to Respondent, in determining the amount he owed for child support, and in determining the amount awarded to Respondent's attorney for her fees.

We find that the trial court did not abuse its broad discretion in awarding Respondent maintenance and in ordering Appellant to pay $5,550 of Respondent's attorney's fees. Appellant's challenge to the trial court's calculations of his child support obligation is waived because he did not file a Form 14 for the trial court's consideration.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

James L. PETERSON, Appellant.

No. WD 60484.

Missouri Court of Appeals,
Western District.

Jan. 28, 2003.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J., and ULRICH and HOWARD, JJ.

### Order

PER CURIAM.

After a jury convicted Appellant, James L. Peterson, of murder in the second degree and armed criminal action, he was sentenced as a prior offender to consecutive terms of life imprisonment and thirty years for the convictions.

On appeal, he alleges that the trial court: (1) erred in admitting hearsay testimony, (2) abused its discretion in admitting evidence of a prior uncharged crime or bad act, and (3) plainly erred in not declaring a mistrial, *sua sponte*, when the State referred to matters outside of the presented evidence in its closing argument.

Affirmed. Rule 30.25(b).